1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10

11    REMONDO BELL,                              Case No. 2:18-cv-05280-AB-KES

12                  Plaintiff,

13           v.                                  ORDER ACCEPTING REPORT AND
                                                 RECOMMENDATION OF U.S.
14    MAHONEY, et al.,                           MAGISTRATE JUDGE

15                  Defendants.

16

17

18          Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all

19    the records and files herein, along with the Report and Recommendation ("R&R")

20    of the United States Magistrate Judge (Dkt. 285).  No objections to the R&R were

21    filed, and the deadline for filing such objections has passed.  The Court accepts the

22    findings, conclusions, and recommendations of the United States Magistrate Judge.

23          IT IS THEREFORE ORDERED that Defendants' Summary Judgment

24    Motion (Dkt. 252) is GRANTED in part and DENIED in part with these following

25    results:

26                A. All walker-related discrimination/retaliation claims as defined in the

27                   R&R (Dkt. 285 at 3) are dismissed without prejudice as unexhausted;

28

1    and

2        B.  All other claims remain for trial.

3

4    DATED:  January 10, 2024

5                                            André Birotte Jr.
                                            UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2